IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01678-TPO

BACHA BA,

Petitioner,

v.

GEORGE VALDEZ, Acting Director of the Denver Field Office,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD BLANCHE, U.S. Attorney General,

and

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility,

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 5, 2026**

This Court had granted Petitioner habeas corpus relief and had ordered the Respondents to conduct a bond hearing. ECF 12. The Respondents held the bond hearing but denied Petitioner bond. Petitioner then filed a Motion to Enforce [ECF 14] objecting that he "did not receive the constitutionally compliant bond hearing that" had been ordered. ECF 14 at 5. Petitioner sought relief in the form of immediate release. ECF 14 at 9. This Court set a hearing on Petitioner's Motion to Enforce. ECF 17.

Respondents now ask to vacate the Motions Hearing. ECF 18. They no longer oppose Petitioner's request for immediate release. Respondents contend that the Motions Hearing therefore is moot. (Although Petitioner agrees with his release, he takes no position on whether the Motions Hearing should be vacated.)

In light of Respondents' non-opposition to immediate release, the Motion to Enforce [ECF 14] is **granted**.

**Respondents shall release Petitioner as soon as practicable but no later than November 7, 2026.** Respondents shall impose no conditions of release beyond what was in place before they detained Petitioner on February 26, 2026.

The Parties shall file a Status Report **by November 12, 2026**, certifying compliance with this Order and confirming Petitioner's release. Assuming that Petitioner is released as ordered, the Court will close the case.

Respondents' Motion to Vacate Hearing [ECF 18] is **granted**. The Motions Hearing on November 9, 2026 is **vacated**.